Michelle B. Baker, Esq. (SBN 199130)
Kelsey Aliabadi, Esq. (SBN 343804)
BAKER LAW GROUP, LLP
4225 Executive Square, Suite 600
La Jolla, California 92037
Telephone: (858) 452-0093
E-mail: michelle@bakerllp.com

*Attorneys for Plaintiff Jeffrey Davidson*

Warrington S. Parker III (SBN 148003)
wparker@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800

*Attorneys for Defendant PALANTIR TECHNOLOGIES INC.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JEFFREY DAVIDSON,

Plaintiff

v.

PALANTIR TECHNOLOGIES INC., a Delaware Corporation; DOES 1 through 10, inclusive,

Defendants.

Case No. 3:24-cv-01357-RSH-JLB

**NOTICE OF AND STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

[Fed. R. Civ. Proc., Rule 41]

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff JEFFREY DAVIDSON and Defendant PALANTIR TECHNOLOGIES INC., by and through their counsel, hereby request and stipulate to dismissal of the above-entitled Action with prejudice, as to all parties and all claims. Each party shall bear his/its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: August 5, 2025

BAKER LAW GROUP, LLP

By: /s/ Michelle B. Baker
Michelle B. Baker
Kelsey Lee Aliabadi

*Attorneys for Plaintiff*
JEFFREY DAVIDSON

Dated: August 5, 2025

CROWELL & MORING LLP

By: /s/ Warrington S. Parker III
Warrington S. Parker III
Kevin Finley

*Attorneys for Defendant*
PALANTIR TECHNOLOGIES INC.