UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DAVIDSON,<br><br>         Plaintiff,<br><br>v.<br><br>PALANTIR TECHNOLOGIES, INC. et al.,<br><br>         Defendants. | Case No.: 24-cv-1357-RSH-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>[ECF No. 10] |

Before the Court is the Parties' Joint Motion to Dismiss. ECF No. 10. The joint motion satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: August 5, 2025

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge